UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FREDRICK J. BENSON, | Case No. 2:19-cv-01063-RFB-NJK |
| Petitioner, | **ORDER** |
| v. | |
| JAMES DZURENDA, et al., | |
| Respondents. | |

Petitioner has submitted an Application to Proceed In Forma Pauperis (ECF No. 1) and a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The Court finds that Petitioner is able to pay the full filing fee of five dollars ($5.00).

IT THEREFORE IS ORDERED that the Application to Proceed In Forma Pauperis (ECF No. 1) is **DENIED**. Petitioner will have forty-five (45) days from the date that this Order is entered to send the filing fee of five dollars ($5.00) to the Clerk of Court. Failure to comply will result in the dismissal of this action without prejudice.

///
///
///
///
///

1

1  IT FURTHER IS ORDERED that the Clerk of Court shall send Petitioner two copies of
2  this Order. Petitioner is ordered to make the necessary arrangements to have one copy of this
3  Order attached to the check paying the filing fee.

4  DATED: November 4, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge